# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ERIK S. NYSTROM & MELISSA K. NYSTROM        Case Number: 05-74788
2306 N. COURT STREET                SSN-xxx-xx-2574 & xxx-xx-1003
ROCKFORD, IL  61103

Case filed on: 9/13/2005
Plan Confirmed on: 3/3/2006
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $4,575.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | ERIK S. NYSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CENTRIX FINANCIAL LLC | 5,000.00 | 5,000.00 | 2,361.05 | 561.29 |
|  | Total Secured | 5,000.00 | 5,000.00 | 2,361.05 | 561.29 |
| 001 | CENTRIX FINANCIAL LLC | 1,838.36 | 1,838.36 | 0.00 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES | 782.75 | 782.75 | 0.00 | 0.00 |
| 003 | ALLIED DATA CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALPINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | APS | 507.00 | 507.00 | 0.00 | 0.00 |
| 007 | ASPIRE VISA | 372.87 | 372.87 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 79.96 | 79.96 | 0.00 | 0.00 |
| 009 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | C.B. ACCOUNTS INC | 75.00 | 75.00 | 0.00 | 0.00 |
| 012 | COTTONWOOD FINANCIAL LTD | 938.41 | 938.41 | 0.00 | 0.00 |
| 013 | COTTONWOOD FINANCIAL LTD | 585.96 | 585.96 | 0.00 | 0.00 |
| 014 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | B-LINE LLC | 607.35 | 607.35 | 0.00 | 0.00 |
| 017 | FEDERAL COLLECTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 572.45 | 572.45 | 0.00 | 0.00 |
| 019 | NATIONAL CHECK BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 988.59 | 988.59 | 0.00 | 0.00 |
| 021 | UCB INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PORTFOLIO RECOVERY ASSOCIATES | 372.84 | 372.84 | 0.00 | 0.00 |
| 023 | ASSET ACCEPTANCE LLC | 144.27 | 144.27 | 0.00 | 0.00 |
| 024 | CRS | 1,721.89 | 1,721.89 | 0.00 | 0.00 |
| 025 | TIMOTHY SOUDIERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ASPIRE VISA | 386.60 | 386.60 | 0.00 | 0.00 |
| 027 | ASSET ACCEPTANCE CORP | 1,696.53 | 1,696.53 | 0.00 | 0.00 |
|  | Total Unsecured | 11,670.83 | 11,670.83 | 0.00 | 0.00 |
|  | Grand Total: | 18,034.83 | 18,034.83 | 3,725.05 | 561.29 |

Total Paid Claimant: $4,286.34
Trustee Allowance: $288.66
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007                By  /s/Heather M. Fagan